# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CLAUDE BERNARD ROBINSON, ET AL.,

    Plaintiffs,

v.                                                    CASE No. 63-4916

SHELBY COUNTY BOARD OF EDUCATION,

    Defendant.

## ORDER DISMISSING CASE

Pursuant to the mandate issued by the United States Court of Appeals for the Sixth Circuit, the above-styled matter is hereby **DISMISSED**.

**IT IS SO ORDERED** this 16th day of July, 2009.

                                                    s/Bernice B. Donald
                                                    BERNICE BOUIE DONALD
                                                    UNITED STATES DISTRICT COURT JUDGE